Mark T. Banner *(pro hac vice)*
Thomas K. Pratt *(pro hac vice)*
Aimee B. Kolz *(pro hac vice)*
Michael L. Krashin *(pro hac vice)*
**BANNER & WITCOFF, LTD.**
10 South Wacker, Suite 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

Daniel T. Shvodian (State Bar No. 184576)
S. Chris Kyriacou (State Bar No. 215338)
**HOWREY LLP**
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
Tel: (650) 798-3500
Fax: (650) 798-3600

Attorneys for Defendant and Counterclaimant
Pulse Engineering, Inc.

W. Carlos Leet, SBN 184845
**RYAN, STEINER & LEET**
438 South Murphy Avenue
Sunnyvale, CA 94086-0709
Tel: (408) 739-7391
Fax: (408) 732-0709
Attorney for Plaintiff Regal Electronics, Inc.

**IT IS SO ORDERED**

*/s/ James Ware*

Judge James Ware

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REGAL ELECTRONICS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PULSE ENGINEERING, INC., a Delaware corporation; FAHRNER-MILLER ASSOCIATES, INC., a California corporation; FULL RISE ELECTRONIC CO., LTD., a Taiwanese company; MAX LION ELECTRONICS, INC., a California corporation; BEL FUSE, INC., a New Jersey Corporation; and STEWART CONNECTOR SYSTEMS, INC., a Pennsylvania corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Case No.: 03-01296 JW<br><br>**REVISED STIPULATION AND ORDER OF DISMISSAL**<br><br>Hon. James Ware |

1. Pursuant to Fed. R. Civ. P., Rule 41, Plaintiff Regal Electronics, Inc. ("Regal"), and Defendants Pulse Engineering, Inc. ("Pulse"), and Full Rise Electronic Co., Ltd. ("FRE"), by their undersigned attorneys stipulate as follows:

2. Regal stipulates to the dismissal, with prejudice, of all claims filed against Pulse and FRE and Pulse and FRE stipulate to the dismissal, with prejudice, of all counterclaims filed against Regal in the above-captioned action.

3. All Parties shall bear their own costs, expenses and attorneys' fees.

4. Regal, Pulse and FRE agree to comply with the terms of the Confidential Settlement Agreement having an effective date of February 2, 2006.

5. The entry of this Order finally resolves all issues between all parties herein. Regal consents to the entry of this order, but reserves its right to appeal interlocutory orders, adjudications or judgments entered in favor of Bel Fuse, which is not a party to the above-referenced Confidential Settlement Agreement.

BANNER & WITCOFF

Date: March 1, 2006      By:  /s/ Mark T. Banner
                              Mark T. Banner
                              Thomas K. Pratt
                              Aimee B. Kolz
                              Michael L. Krashin

                              Attorneys for Defendant Pulse Engineering,
                              Inc. and Full Rise Electronic Co. Ltd.

RYAN, STEINER & LEET

Date: March 1, 2006      By:  /s/ W. Carlos Leet
                              W. Carlos Leet

                              Attorney for Plaintiff Regal Electronics, Inc.

1  IT IS SO ORDERED.

3  Dated: March 8, 2006 , 2006

HON. JAMES WARE